IPP International U.G. Declaration Exhibit A
File Hashes for IP Address 173.71.123.106

**ISP:** Verizon Internet Services
**Physical Location:** Plainsboro, NJ

| Hit Date UTC | File Hash | Title |
| --- | --- | --- |
| 08/26/2016 14:03:27 | 2DEEC4AEBA574E85225418E7AF3878EFE0A9F8B6 | A Night In Vegas |
| 08/26/2016 12:57:28 | 016699010C6AA5E9A1AE6F0C670B2484104C2B26 | Girl Crush |
| 08/26/2016 12:13:23 | C9CF5A8811F7233CC35C947D379DAE5B9977DC26 | Hungry For Your Love |
| 08/26/2016 12:13:12 | 4F99498549B8B8F3E84D2E48788CDFBA10C3247E | Like The First Time |
| 08/04/2016 14:11:46 | 1B18D50812B58182D5E73C2DF44A124A48B3A479 | Sex At The Office |
| 08/04/2016 14:08:30 | 5339683D29F494F68C4DB38747FCB54BF6B4A054 | Love Is Sexy |
| 08/04/2016 13:49:52 | 9ACCD9F498769C3E61D1934C9237406ACF9D11DE | The Call Girl |
| 07/30/2016 21:49:13 | CB3EAE417778FFD481453F3618F8ED6D4AB751AE | Triple Blonde Fantasy |
| 07/30/2016 20:00:26 | 0989CB77070D67E14B3FF445DB09F9E9017351AC | Asstastic |
| 07/30/2016 19:57:08 | 3BEA091FF51380743F7EDF2F42E49503CD94BCC2 | Deep in Love |
| 07/30/2016 19:30:05 | 56867CCD6147CB5079F39902C0B6F0E78A034688 | The Ranch Hand |
| 07/30/2016 19:19:51 | B00E50D6367B2AA803B328A97A01DEDC14BA075F | Tropical Sexcapades |

**Total Statutory Claims Against Defendant: 12**

EXHIBIT A