Patrick J. Cerillo, Esq.
Patrick J. Cerillo, LLC
4 Walter E. Foran Blvd., Suite 402
Flemington, NJ 08822
Attorney ID No. 01481-1980
T: (908) 284-0997
F: (908) 284-0915
pjcerillolaw@comcast.net
*Attorneys for Plaintiff*

---

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MALIBU MEDIA, LLC, <br><br> Plaintiff, <br><br> v. <br><br> JOHN DOE subscriber assigned IP address 173.71.123.106, <br><br> Defendant. | Case No. 2:17-cv-01237-ES-JAD |

### ORDER ON PLAINTIFF'S MOTION FOR EXTENSION OF TIME WITHIN WHICH IT HAS TO SERVE DEFENDANT WITH A SUMMONS AND AMENDED COMPLAINT

THIS CAUSE came before the Court upon Plaintiff's Motion for Extension of Time Within Which it Has to Serve Defendant with a Summons and Amended Complaint (the "Motion"), *and no opposition having been timely filed,* and the Court being duly advised in the premises does hereby:

1

ORDER AND ADJUDGE: Plaintiff's Motion is granted. Plaintiff shall have until September 1, 2017 to effectuate service of a summons and complaint on Defendant.

SO ORDERED this 7th day of June, 2017

By: _____

Hon. Joseph A. Dickson
United States Magistrate Judge