Patrick J. Cerillo, Esq.
Patrick J. Cerillo, LLC
4 Walter E. Foran Blvd., Suite 402
Flemington, NJ 08822
Attorney ID No. 01481-1980
T: (908) 284-0997
F: (908) 284-0915
pjcerillolaw@comcast.net
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MALIBU MEDIA, LLC, <br><br> Plaintiff, <br><br> v. <br><br> JAMES BARDACHINO, <br><br> Defendant. | Case No. 2:17-cv-01237-ES-JAD |

## NOTICE OF SERVICE

Plaintiff Malibu Media, LLC, hereby gives notice, regarding service on Defendant, James Bardachino ("Defendant). Plaintiff was notified by their process server that the Defendant was served with summons and complaint on September 28, 2017. Upon receipt of the Affidavit of Service from the process server, Plaintiff will immediately file proof of service with the court.

Dated: October 2, 2017

1

Respectfully submitted,

By:   /s/ *Patrick J. Cerillo*
Patrick J. Cerillo, Esq.
Patrick J. Cerillo, LLC
4 Walter E. Foran Blvd., Suite 402
Flemington, NJ 08822
Attorney ID No. 01481-1980
T: (908) 284-0997
F: (908) 284-0915
pjcerillolaw@comcast.net
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on October 2, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: */s/ Patrick J. Cerillo*
PATRICK J. CERILLO, ESQ

2