# RETURN OF SERVICE

| Service of the Summons and complaint was made by me(1) | DATE 09/28/2017 at 1:20 PM |
|---|---|
| NAME OF SERVER (PRINT) ELVIN NEGRON | TITLE PROCESS SERVER |

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant. Place where served: DOCUMENTS WERE SERVED ON JAMES BARDACHINO at: 5 WETHERSFIELD DR., PLAINSBORO, NJ 08536

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

☐ Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): JAMES BARDACHINO IS A WHITE MALE, DARK HAIR, 50's, 245 LBS, 5'10"

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 30/09/2017
Date

Signature of Server

7 ESSEX LANE
OLD BRIDGE, NJ 08857
Address of Server

DOSUMENTS TO BE SERVED ON JAMES BARDACHINO:
- SUMMONS
- AMENDED COMPLAINT- ACTION FOR DAMAGES FOR PROPERTY RIGHTS INFRINGEMENT
- EXHIBITS

WE SERVE NJ, LLC, PO BOX 25066, NEWARK, NJ 07102